UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTONIO REYES-AMBRIZ, | No. CV 12-8799 JSL (VBK) |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| IMMIGRATION AND NATURALIZATION SERVICE; DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents. | |

Based upon the Petition filed herein:

**IT IS HEREBY ORDERED** that Respondent or Respondent's counsel file a Return or other responsive pleading within 45 days of the date of this Order to Show Cause, why a Writ of Habeas Corpus should not be issued.  Respondent shall also file a <u>certified</u> copy of any Administrative Record at issue.

**IT IS FURTHER ORDERED** that the Clerk of this Court forthwith serve a copy of this Order upon Respondent by serving a copy of the Petition and of this Order upon the United States Attorney for the Central District of California, as well as upon Petitioner. Respondent or his counsel serve a copy of the Return or other

1  responsive pleading upon Petitioner prior to the filing thereof.
2  Petitioner has 20 days from the date of receipt of the Return or other
3  pleading in which to file his opposition or Traverse.
4      If Petitioner seeks a Stay of Deportation, a separate Motion to
5  Stay may be made directly to the court having appropriate
6  jurisdiction.  The Magistrate Judge has no authority to issue a Stay
7  of Deportation.

9  DATED:  October 16, 2012            /S/
                                       VICTOR B. KENTON
10                                     UNITED STATES MAGISTRATE JUDGE