```
                     UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                           WESTERN DIVISION


ANTONIO REYES-AMBRIZ,            )   No. CV 12-08799-JSL (VBK)
                                 )
               Petitioner,       )   ORDER ACCEPTING FINDINGS AND
                                 )   RECOMMENDATIONS OF UNITED STATES
      v.                         )   MAGISTRATE JUDGE
                                 )
IMMIGRATION AND NATURALIZATION   )
SERVICE, et al.,                 )
                                 )
               Respondents.      )
```

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report").

//
//
//
//
//
//
//
//

**IT IS ORDERED** that: (1) the Court accepts the findings and recommendations of the Magistrate Judge, and (2) Judgment be entered denying and dismissing the Petition.

DATED: June 12, 2013

*Spencer Letts*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE