JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| ANTONIO REYES-AMBRIZ, | ) | No. CV 12-08799-JSL (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| IMMIGRATION AND NATURALIZATION SERVICE, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that Judgment be entered dismissing the Petition.

DATED: June 12, 2013

_Spencer Letts_
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE